**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-02534-RPM-CBS

MELISSA CHAVEZ,

    Plaintiff,

v.

CREDIT MANAGEMENT, LP, a Nevada limited partnership,

    Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

THE COURT having reviewed the Notice of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay her or its own attorney's fees and costs.

BY THE COURT:

October 24, 2011      s/Richard P. Matsch
_____      _____
DATE      U.S. DISTRICT JUDGE